THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Martin Cullenward

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>MARTIN CULLENWARD, et al.,<br><br>        Defendants. | Case No.:2:13-cr-00060 JAM<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for September 10, 2013, at 9:45 a.m. is continued to October 1, 2013, at 9:45 a.m. in the same courtroom.   The continuance is requested because defense counsel needs additional time to prepare for the sentencing.  Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: August 14, 2013              By:   /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Defendant
                                          MARTIN CULLENWARD


DATED: August 14, 2013                    BENJAMIN B. WAGNER
                                          United States Attorney

                                    By:   /s/ Thomas A. Johnson for
                                          MICHAEL BECKWITH
                                          Assistant United States Attorney

- 2 -

1 **IT IS SO ORDERED.**

2 DATED: 8/15/2013

4 _____   /s/ John A. Mendez
   HONORABLE JOHN A. MENDEZ
5   United States District Court Judge

- 2 -

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARTIN CULLENWARD, et al.,<br><br>    Defendants. | Case No.: 2:13-cr-00060-JAM<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | October 1, 2013 |
| Reply or Statement | September 24, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | September 17, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | September 10, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 3, 2013 |