THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Martin Cullenward

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN CULLENWARD, et al.,<br><br>    Defendants. | Case No.:2:13-cr-00060 JAM<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 1, 2013, at 9:45 a.m. is continued to December 3, 2013, at 9:00 a.m. in the same courtroom.   The continuance is requested because defense counsel needs additional time to prepare for the sentencing.  Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  September 26, 2013 

By:     /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
MARTIN CULLENWARD

DATED:  September 26, 2013 

BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Thomas A. Johnson for
MICHAEL BECKWITH
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MARTIN CULLENWARD, et al.,<br><br>          Defendants. | Case No.: 2:13-cr-00060-JAM<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | December 3, 2013 |
| Reply or Statement | November 26, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 19, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 12, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 5, 2013 |

**IT IS SO ORDERED.**

DATED: 9/26/2013

/s/ John A. Mendez
United States District Court Judge

- 2 -