BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-134 JAM |
|---|---|
| Plaintiff, | CASE NO. 2:13-CR-060 JAM |
| v. | JOINT STIPULATION AND ORDER TO AMEND JUDGMENTS |
| MARTIN STEWART CULLENWARD, JASON ALLEN SMITH, | |
| Defendants. | |

S T I P U L A T I O N

The parties stipulate and agree that the judgments in the above captioned cases should be amended to reflect the following information regarding the joint and several nature of the restitution amounts owed by each defendant.

1. <u>Cullenward</u> (2:13-cr-060 JAM): a total of $1,483,620.14 in restitution to be paid to Raley's.

    a. 100% of that amount to be paid jointly and severally with Magana.

    b. $474,581.90 of that amount to be paid jointly and severally with Smith.

2. <u>Smith</u> (2:13-cr-134 JAM): a total of $1,679,910.61 in restitution to be paid to Raley's.

    a. 100% of that amount to be paid jointly and severally with Magana.

    b. $474,581.90 of that amount to be paid jointly and severally with Cullenward.

///

///

1

1   As to Mr. Cullenward, the above information should be added to the Joint and Several section of
2   his judgment, which is on page 7.  As to Mr. Smith, the above information should be added to the Joint
3   and Several section of his judgment, which is on page 6.
4   The parties agree that the total amount of restitution owed by each defendant is correctly stated
5   on their current judgments.

Dated:  March 20, 2014

BENJAMIN B. WAGNER
United States Attorney

 /s/ MICHAEL M. BECKWITH
MICHAEL M. BECKWITH
Assistant United States Attorney

Dated:  March 20, 2014

 /s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Attorney for Defendant Cullenward

Dated:  March 21, 2014

 /s/ JOHNNY L. GRIFFIN, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant Smith

O R D E R

Upon application of the parties, IT IS HEREBY ORDERED that the judgments in case numbers 2:13-cr-060 JAM and 2:13-cr-134 JAM be amended to address joint and several nature of the restitution amounts owed by each defendant as follows:

1. <u>Cullenward</u> (2:13-cr-060 JAM): a total of $1,483,620.14 in restitution to be paid to Raley's.
    a. 100% of that amount to be paid jointly and severally with Magana.
    b. $474,581.90 of that amount to be paid jointly and severally with Smith.
2. <u>Smith</u> (2:13-cr-134 JAM): a total of $1,679,910.61 in restitution to be paid to Raley's.
    a. 100% of that amount to be paid jointly and severally with Magana.
    b. $474,581.90 of that amount to be paid jointly and severally with Cullenward.

As to Mr. Cullenward, the above information shall be added to the Joint and Several section of his judgment, which is on page 7.  As to Mr. Smith, the above information shall be added to the Joint and Several section of his judgment, which is on page 6.

DATED: 3/24/2014                                         /s/ John A. Mendez
                                                         JOHN A. MENDEZ
                                                         UNITED STATES DISTRICT COURT JUDGE

3