1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8           EASTERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,          MISC. NO.:  2:14 MC-00021 JAM-CKD
11                      Plaintiff,      CASE NO.:  2:13 CR-00060 JAM
12            v.                        **FINAL ORDER OF GARNISHMENT**
13   MARTIN S. CULLENWARD,
14      Defendant and Judgment Debtor.
15   ─────────────────────────────────
16   THE VANGUARD GROUP, INC,
17                      Garnishee.
18   ─────────────────────────────────
19        By its Order filed April 29, 2014, (ECF No. 11), the Court adjudicated the United States'

20   garnishment proceeding against defendant Martin S. Cullenward's individual retirement accounts

21   (IRAs) in the United States' favor.  Accordingly, the Court hereby enters its Final Order of

22   Garnishment, ORDERING, DECREEING AND ADJUDGING as follows:

23        1.  Defendant's claim of exemption is DENIED.

24        2.  The United States' application for a final order of garnishment liquidating Defendant's two

25   IRA counts maintained at garnishee, the Vanguard Group, Inc. (Vanguard), is GRANTED.

26        3.  Vanguard's IRA Custodian shall DELIVER, within twenty (20) days of the date of this Order,

27   a cashier's check, money order or company draft for the entire balances contained in Martin S.

28

Cullenward's IRA accounts held in the Vanguard Wellesley Income Fund (462.550 shares as of March 4, 2014) and in the Vanguard Wellington Fund (305.391 shares as of March 4, 2014), and made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814.  Vanguard shall also state the docket number (Case No.:  2:13 CR-00060 JAM) on the payment instrument and, if Vanguard desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

IT IS SO ORDERED.

Dated:  May 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE